BIEVING, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Frederick Bieving

against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BIRD. (Supreme Court, Appellate Division, First Department. July 17, 1900.) In the matter of Mary E. Bird, deceased. No opinion. Motion denied.